IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TIMOTHY WARREN ROSETTE, Defendant. | CR 15-04-GF-BMM ORDER |

Upon the United States' unopposed motion to dismiss Count I of the Indictment, and for good cause shown,

It is ordered that Count I of the Indictment against Mr. Rosette is dismissed without prejudice.

DATED this 10th day of December, 2015.

_Brian Morris_
Brian Morris
United States District Court Judge